*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Judgment affirmed, with costs, and leave granted to the defendants to answer upon payment of the costs of the demurrer and of the appeal within 20 days.

———

CROSS, Respondent, *v.* SPRING, Appellant.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Motion denied.

———

DUNHAM, Respondent, *v.* CRAMOND, Appellant.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

———

HILL, Respondent, *v.* CORNUE, Appellant.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Judgment of the county court of Cortland county, affirming a justice's judgment, affirmed, with costs.

———

KILEY, Appellant, *v.* MEAGHER, Respondent.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Judgment of Madison county court affirmed, with costs.

———

LAWTON *et al.*, Respondents, *v.* STEELE, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 23, 1889.)

Judgment and order reversed and new trial ordered, with costs to abide the event.

———

LEWIS, Appellant, *v.* CORLETT, Respondent.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

———

MORENUS *et al.*, Respondents, *v.* CRAWFORD, Appellant.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Motion denied.

———

PECK *et al.*, Respondents, *v.* FISHER, Appellant.

*(Supreme Court, General Term, Fourth Department.* February, 1889.)

No opinion. Order reversed, with $10 costs and disbursements. Following *Gorman* v. *Iron Co.*, 32 Hun, 71.